# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:23-CR-00043-RP-7** |
| | § | |
| | § | |
| **AYDIN MAMMADOV (7),** | § | |
| *Defendant* | § | |
| | § | |

## ORDER GRANTING DEFENDANT'S REQUEST TO TRAVEL

Before the Court is Defendant's Request to Travel, filed April 12, 2023. Dkt. 124. The District Court referred the mMotion to the undersigned Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 125.

Defendant was arrested March 9, 2023, pursuant to his indictment by a grand jury in the United States District Court for the Western District of Texas, Austin Division, on charges of conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. § 1349; conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h); and wire fraud, in violation of 18 U.S.C. § 1343. In the Order Setting Conditions of Release, Defendant's personal association, residence, and travel were restricted to the Northern District of Ohio, Western District of Texas, and intermediate locations for travel to and from Court hearings. Dkt. 78.

Defendant, who lived with his family in Houston, Texas until August 2022 and now lives in Toledo, Ohio, requests permission to travel to Houston from April 22, 2023 through April 25, 2023 to attend a family function. The Government and Defendant's supervising officers with U.S. Pretrial Services do not oppose the motion. Defendant surrendered his passport to the U.S. District Court for the Northern District of Ohio on March 10, 2023.

Having carefully considered the facts and circumstances of Defendant's case, Defendant's Request to Travel is **GRANTED**. **IT IS ORDERED** that Paragraph 7(f) of Defendant's Additional Conditions of Release (Dkt. 170) is **AMENDED** as follows:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Defendant is permitted to travel to Houston, Texas, departing on April 22, 2023 and returning on April 25, 2023. Otherwise, Defendant's travel is restricted to the Northern District of Ohio, Western District of Texas, and intermediate locations for travel to/from Court hearings.

Defendant's release remains subject to all conditions in the Order Setting Conditions of Release as hereby amended.

**SIGNED** on April 14, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

2